JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. MEDINA and TRENT WILLIAMS,<br><br>  Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN LINES, INC., M/V "SUNBELT SPIRIT" and DOES 1 through 20, inclusive,<br><br>  Defendants.<br>_____ | Case No.: 2:07-cv-00844-VBF-JWJ<br>*[Transferred from L.A. Superior Court, Case No. NC038892]*<br><br>**ORDER TO DISMISS**<br><br>Judge Valerie Baker Fairbank<br>Magistrate Judge Jeffrey W. Johnson<br>Case Filed:  February 05, 2007<br>Trial Date:   May 6, 2008 |

The court, having considered the stipulation of settlement between the parties and this joint motion to dismiss this action in its entirety, and good cause appearing for the requested relief,

   IT IS HEREBY ORDERED that this Stipulation is approved and this case is dismissed, with prejudice, effective upon the entry of this order by the court.

   Dated this 17th day of March, 2008.

*/s/ Valerie Baker Fairbank*
_____
United States District Court Judge